Aug 14 2008

United States District Court
Southern District of California

FILED
2008 AUG 19 PM 2:01
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Case # 3:08-cv-01093

 BY _____ DEPUTY

Regards: Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 filing fee of $5.00.

NUNC PRO TUNC
AUG 18 2008

Petitioner has sent 'His' Forma Pauperis form to Accounting as requested by this Court.

The exhaustion date is August 25, 2008 by the Clerk and has sent a ORDER form.

→ (Petitioner) has not received the form from Litigations Department of Corcoran and needs more time to send.

Please contact the staff at this institution for reason, I wish to have this Court address my petition!

P 59402

Hutton F. Miller
Hutton F. Miller
P.O. Box 3471
Corcoran, CA. 93212