Plaintiff's Name: Hutton F. Miller
CDC No: P59402
Address: P.O. Box 3471 3C05-115
Corcoran, CA. 93212

**FILED**
SEP - 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
~~EASTERN~~ SOUTHERN DISTRICT OF CALIFORNIA

Hutton F. Miller, Plaintiff,

vs.

Derral Adams, Defendant(s).

APPLICATION TO PROCEED
IN FORMA PAUPERIS
BY A PRISONER

CASE NUMBER:
3:08 C.V. 1093 - BEN (POR)

I, Hutton F. Miller, declare that I am the plaintiff in the above-entitled proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. section 1915, I declare that I am unable to pay the fees for these proceedings or give security therefor and that I am entitled to the relief sought in the complaint.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  X Yes   __ No  (If "no" DO NOT USE THIS FORM)

   If "yes" state the place of your incarceration. Corcoran State Prison

**Have the institution fill out the Certificate portion of this application and attach a certified copy of your prison trust account statement showing transactions for the past six months.**

2. Are you currently employed (includes prison employment)?  __ Yes   X No

   a.  If the answer is "yes" state the amount of your pay. None

   b.  If the answer is "no" state the date of your last employment, the amount of your take-home salary or wages and pay period, and the name and address of your last employer.
   March 10, 1999 - Premium Pool Service

3. Have you received any money from the following sources over the last twelve months?

   a.  Business, profession, or other self-employment:    __ Yes   X No

   b.  Rent payments, interest or dividends:              __ Yes   X No

   c.  Pensions, annuities or life insurance payments:    __ Yes   X No

   d.  Disability or workers compensation payments:       __ Yes   X No

1

    e..    Gifts or inheritances:    ___ Yes    X No

    f.    Any other sources:    ___ Yes    X No

If the answer to any of the above is "yes," describe by that item each source of money. Also state the amount received **and** what you expect you will continue to receive. Please attach an additional sheet if necessary.

4. Do you have cash (includes balance of checking or savings accounts)?  ___ Yes  X No

    If "yes" state the total amount: _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?  ___ Yes  X No

    If "yes" describe the property and state its value: _____

6. Do you have any other assets?  ___ Yes  X No

    If "yes," list the asset(s) and state the value of each asset listed:

7. List all persons dependent on you for support, stating your relationship to each person listed and how much you contribute to their support.

I hereby authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court payments in accordance with 28 U.S.C. section 1915(b)(2).

June 17th 2008  
DATE

_____  
SIGNATURE OF APPLICANT

## CERTIFICATE
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ 246.44 on account to his/her credit at CSP-Corcoran (name of institution). I further certify that during the past six months, the applicant's average monthly balance was $ 267.01. I further certify that during the past six months, the average of monthly deposits to the applicant's account was $ 29.17.

**(Please attach a certified copy of the applicant's trust account statement showing transactions for the past six months).**

8/14/08  
DATE

_____  
SIGNATURE OF AUTHORIZED OFFICER

(Revised 6/01/04)

2

```
REPORT ID: TS3030 .701                                    REPORT DATE: 08/14/08
                                                          PAGE NO:       1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                       CALIF. STATE PRISON CORCORAN
                       INMATE TRUST ACCOUNTING SYSTEM
                        INMATE TRUST ACCOUNT STATEMENT

                  FOR THE PERIOD: FEB. 01, 2008 THRU AUG. 14, 2008

ACCOUNT NUMBER : P59402                 BED/CELL NUMBER: 3C05000000000237U
ACCOUNT NAME   : MILLER, HUTTON FRANK    ACCOUNT TYPE: I
PRIVILEGE GROUP: B
                              TRUST ACCOUNT ACTIVITY
     TRAN
DATE CODE  DESCRIPTION   COMMENT    CHECK NUM  DEPOSITS  WITHDRAWALS  BALANCE
----- ---- ------------- ---------- --------- ---------- -----------  -------

02/01/2008    BEGINNING BALANCE                                         263.12

02/08 FC04 DRAW-FAC 4    2887/3C1DR                           25.00     238.12
02/22 D300 CASH DEPOSIT  3049/18130          20.00                      258.12
03/04 D300 CASH DEPOSIT  3186/18173          75.00                      333.12
03/07 FC04 DRAW-FAC 4    3270/3C1DR                           30.00     303.12
03/11 D300 CASH DEPOSIT  3342/18194          20.00                      323.12
04/07 FC04 DRAW-FAC 4    3756/3CDR1                           70.00     253.12
04/18 D300 CASH DEPOSIT  3993/18545          20.00                      273.12
05/07 FC04 DRAW-FAC 4    4277 3C1ST                           15.00     258.12
05/16 D300 CASH DEPOSIT  4457/18652          20.00                      278.12
05/20 W536 COPAY CHARGE  4487 05 15                            5.00     273.12
05/20 W536 COPAY CHARGE  4487 05 15                            5.00     268.12
06/06 FC04 DRAW-FAC 4    4773/1DR3C                           20.00     248.12
06/10 D300 CASH DEPOSIT  4836/18734          20.00                      268.12
06/19*W512 LEGAL POSTAGE 4977 06 18                            1.68     266.44
08/07 FC04 DRAW-FAC 4    0606/3C1DR                           20.00     246.44

                           TRUST ACCOUNT SUMMARY

   BEGINNING       TOTAL         TOTAL       CURRENT      HOLDS     TRANSACTIONS
    BALANCE       DEPOSITS    WITHDRAWALS    BALANCE     BALANCE    TO BE POSTED
   ---------     ---------    -----------    --------    -------    ------------
      263.12       175.00        191.68       246.44       0.00         0.00

                                              CURRENT
                                             AVAILABLE
                                              BALANCE
                                             ---------
                                               246.44
```

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE
ATTEST: 08/14/2008
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____ ACII
TRUST OFFICE